ANDRE BIROTTÉ JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    333 Market St., Ste. 1500
    San Francisco, CA 94105
    Telephone: 415-977-8982
    Facsimile: 415-744-0134
    E-Mail: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELODIE ELAINE YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant. | No. CV 10-5769-PLA<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), **IT IS HEREBY ORDERED, ADJUDGED, AND**

1 | **DECREED** that the above-captioned action is remanded to the Commissioner of
2 | Social Security for further proceedings consistent with the Stipulation for Remand.

4 | DATED: April 13, 2011   _____
HON. PAUL L. ABRAMS
United States Magistrate Judge

Presented by:
ANDRÉ BIROTTÉ JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney

Attorneys for Defendant

-2-